DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

IRVIN B. GORDON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2407

———————————————

January 2, 2026

Appeal from the County Court for Hillsborough County; Richard A. Weis, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.